**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>ABAYOMI MARTIN<br>v.<br>THG RESTAURANT GROUP, LLC and<br>WOODROW A. HALL, Individually | Case Number:<br>FILED: MARCH 28, 2008<br>08CV1801 RCC<br>JUDGE SHADUR<br>MAGISTRATE JUDGE SCHENKIER |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, ABAYOMI MARTIN

| |
|---|
| NAME (Type or print)<br>James B. Zouras |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ James B. Zouras |
| FIRM<br>STEPHAN ZOURAS, LLP |
| STREET ADDRESS<br>205 N. Michigan Ave, Suite 2560 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6230596 | TELEPHONE NUMBER<br>312-233-1550 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐