IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ABAYOMI MARTIN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THG RESTAURANT GROUP, LLC and WOODROW A. HALL, Individually,<br><br>Defendants. | Case No. 08 CV 1801 |

### CERTIFICATE OF SERVICE

I, Megan Babowice, a non-attorney, hereby certify that I served a copy of the Complaint and Summons in regards to the above-referenced case via hand delivery at the office of John R. Carrigan, 200 N. LaSalle Street, Suite 2900, Chicago, Illinois 60601 on this 9th day of May, 2008.

_____
Megan Babowice

I, John R. Carrigan, hereby acknowledge that I have received a copy of the Complaint and Summons in the above-referenced case and accept service on behalf of the Defendant, THG Restaurant Group, LLC.

5/9/08
_____
Date

_____
John R. Carrigan

STEPHAN ZOURAS, LLP
Attorneys for Plaintiff
205 N. Michigan Avenue
Suite 2560
Chicago, Illinois 60601
(312) 233-1550
(312) 233-1560 f

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ABAYOMI MARTIN, on behalf of himself and all others similarly situated,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>THG RESTAURANT GROUP, LLC and  )<br>WOODROW A. HALL, Individually,  )<br>)<br>Defendants.  ) | Case No.  08 CV 1801 |

### CERTIFICATE OF SERVICE

I, Megan Babowice, a non-attorney, hereby certify that I served a copy of the Complaint and Summons in regards to the above-referenced case via hand delivery at the office of John R. Carrigan, 200 N. LaSalle Street, Suite 2900, Chicago, Illinois 60601 on this 9th day of May, 2008.

_____
Megan Babowice

I, John R. Carrigan, hereby acknowledge that I have received a copy of the Complaint and Summons in the above-referenced case and accept service on behalf of the Defendant, Woodrow A. Hall.

5/9/08
_____
Date

_____
John R. Carrigan

STEPHAN ZOURAS, LLP
Attorneys for Plaintiff
205 N. Michigan Avenue
Suite 2560
Chicago, Illinois 60601
(312) 233-1550
(312) 233-1560 f