IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABAYOMI MARTIN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THG RESTAURANT GROUP, LLC and WOODROW A. HALL<br><br>Defendants. | Case No. 08 CV 1801 |

## NOTICE OF FILING

TO:   James B. Zouras
      Ryan F. Stephan
      Stephan Zouras, LLP
      205 N. Michigan Ave.
      Suite 2560
      Chicago, Illinois 60601

**PLEASE TAKE NOTICE** that on May 29, 2008, Defendants THG Restaurant Group, LLC and Woodrow A. Hall filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division the attached Defendants' Answer and Additional Defenses to Complaint, a copy of which is attached hereto and served upon you herewith.

Respectfully submitted,
THG Restaurant Group, LLC and Woodrow A. Hall
Defendants

By: /s/ Adam C. Wit
    One of Its Attorneys

Adam C. Wit (#06230538)
Littler Mendelson, P.C.
200 N. LaSalle Street, Suite 2900
Chicago, IL 60601
312.372.5520

Firmwide:85374387.1 044181.1006